UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALITY

PETRA LAMELA,

      CASE NO:

    Plaintiff,

vs.

MSC CRUISE, S.A., et. al

    Defendant.
_____/

## COMPLAINT

Plaintiff, Petra Lamela, sues Defendant, MSC Cruise, a Panamian corporation, d/b/a MSC USA (hereinafter "MSC") and says:

## JURISDICTION

1. This is an action for personal injuries and damages sounding in Admiralty wherein the damages claimed exceed $75,000.00.

2. This Court has jurisdiction over this action pursuant to 28 USC §1332 (Admiralty) and §1333 (Diversity) wherein the damages claimed exceed $75,000.00.

## VENUE

3. Venue of this proceeding is proper in the Southern District of Florida because the ticket contract between the Plaintiff and Defendant contains a forum

selection clause designating the Southern District of Florida as the venue for any legal action brought against this Defendant.

## PARTIES

4.  Plaintiff, Petra Lamela (hereinafter "Lamela"), is a Puerto Rico resident, over the age of 18 years and sui juris in all other respects.

5.  Defendant, MSC Cruise (MSC), is a global cruise line registered in Switzerland and based in Geneva which does business in the United States of America.

## LEGAL AND FACTUAL ALLEGATIONS

7.  At all times material hereto, Defendant MSC was a common carrier that was engaged in the business of providing vacation cruises to the public in exchange for compensation.

8.  At all times material hereto, Defendant MSC owned, operated, managed and/or controlled the vessel known as the "MSC Armonia".

9.  On or about April 24, 2019, while onboard the "Armonia", Plaintiff Lamel slipped and fell upon a greasy spot and slippery floor located in the buffet area floor, sustaining severe and debilitating personal injuries as more fully set forth below.

11. At all times material hereto, Defendant MSC owed a duty to the Plaintiff and all other persons on board a duty to exercise as reasonable care as

permitted by the circumstances to maintain its vessel and its deck areas for the Plaintiff's safety while aboard the "Armonia" and at all other times during Plaintiff's cruise.

12. At all times material hereto, MSC breached its duty to the Plaintiff by failing to exercise reasonable care under the circumstances and by failing to clean or warn its passengers about the greasy spot on the floor where Plaintiff fell and by allowing this dangerous and hazardous condition to exist for an amount of time so that MSC knew, or should have known of its existence and had a reasonable opportunity to clean it up.

13. The defendant had actual and/or constructive knowledge of this dangerous and hazardous condition but failed to timely remediate it.

14. As a result of the foregoing MSC breached its duty of reasonable care under the circumstances to the Plaintiff.

15. As a direct and proximate result of Defendant's negligence, Plaintiff, Petra Lamela, suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. These losses are either permanent and/or continuing in nature and the Plaintiff will suffer from the losses and impairment in the future.

WHEREFORE, Plaintiffs, Petra Lamela and Ariel Ortega, demand judgment for damages against Defendant and for such other and further relief as the Court deems just and proper in these premises.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury of all issues triable of right by a jury.

DATED this 17th day of March, 2020.

>MARK DAVID PRESS, P.A.
>1939 Tyler Street
>Hollywood, Florida 33020
>(954)-922-9100
>
>/s/ MARK DAVID PRESS, ESQ.
>Florida Bar No: 18716
>
>CHARLES-GOMEZ LAW OFFICE, LLC
>P.O. Box 1360 Trujillo Alto
>Puerto Rico 00977
>T: (787)-662-0178
>F: (787)-724-6780
>
>/s/ FRANCISCO L. CHARLES, ESQ.
>USDC-PR-303211